UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TOKIO MARINE KILN,

Plaintiff,

-against-

MEDITERRANEAN SHIPPING COMPANY S.A.,

Defendant.

Case No. 1:26-cv-01144 (JLR)

**SCHEDULING ORDER**

JENNIFER L. ROCHON, United States District Judge:

Under Paragraph 3.I.i of the Court's Individual Rules and Practices, "[i]f a party wishes to move for summary judgment or to exclude expert testimony, it must, no later than three weeks before the post discovery pre-trial conference, request that the conference serve as a pre-motion conference." As of the date this Order, no party has made such a request.

Therefore, the next step in this case is a two-day bench trial, as indicated in paragraphs 19-20 of the Case Management Plan. *See* Dkt. 12. The bench trial will commence on **January 25-26, 2027**. The parties shall file all pretrial materials required under Rules 5.A, 5.C of the Court's Individual Rules of Practice in Civil Cases, including proposed findings of fact and conclusions of law, no later than **December 21, 2026**.

The pre-trial conference in this case scheduled for December 3, 2026, at 10:00am is hereby adjourned.

Dated: November 24, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge